1   Robin D. Breanda
2   77320 Florida Avenue
    Palm Desert, CA 92211
3   Telephone: (760) 885-6332
    Facsimile:  (760) 837-2073



4

5   In Pro Per

6

7

8                       UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

10

11

12  In re:                              )   Case No.:  6:10-bk-20138-MJ
                                        )
13                                      )   Adv. No.:  6:10-ap-01449-MJ
    ROBIN D. BREANDA,                   )
14                                      )
                Debtor.                 )   **DEBTOR'S RESPONSE TO COMPLAINT BY**
15  _____)   **FIRST REGIONAL BANK CFBO JON R.**
                                        )   **STEELE, IRA FOR DAMAGES ARISING**
16  FIRST REGIONAL BANK CFBO JON        )   **FROM  FRAUD  AND  TO  DETERMINE**
    STEELE IRA,                         )   **DISCHARGEABILITY OF DEBT**
17                                      )
                Plaintiff,              )   Hearing Date: September 16, 2010
18                                      )   Time:          11:00 a.m.
          vs.                           )   Courtroom:    301
19                                      )
    ROBIN D. BREANDA,                   )
20                                      )
                Defendant and Debtor.   )
21  _____)

22        **COMES NOW**, Defendant and Debtor, **ROBIN D. BREANDA** (hereinafter referred to as

23  "Debtor") and responds to Plaintiff's, **FIRST REGIONAL BANK CFBO JON R. STEELE IRA**

24  (hereinafter referred to a "Plaintiff"), Complaint herein as follows:

25        Debtor generally denies each and every allegation set forth in the within Complaint.

26

27
                                        1
28  _____
    DEBTOR'S RESPONSE TO COMPLAINT BY FIRST REGIONAL BANK CFBO JON R. STEELE, IRA FOR DAMAGES
    ARISING FROM FRAUD AND TO DETERMINE DISCHARGEABILITY OF DEBT

## AFFIRMATIVE DEFENSE

The pleading does not state a cause of action either in whole, or in part.

**WHEREFORE**, Debtor prays that:

1.　　Debtor's Chapter 7 Bankruptcy be allowed to proceed;

2.　　Plaintiffs take nothing by way of the within Complaint; and

3.　　Plaintiffs bear their own attorneys' fees and costs.

DATED: August 20, 2010　　　　　　　　　　Respectfully Submitted,

By: _Robin D. Breanda_
　　　　Robin D. Breanda

DEBTOR'S RESPONSE TO COMPLAINT BY FIRST REGIONAL BANK CFBO JON R. STEELE, IRA FOR DAMAGES
ARISING FROM FRAUD AND TO DETERMINE DISCHARGEABILITY OF DEBT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
42800 Bob Hope Drive, Suite 209G, Rancho Mirage, CA  92270

A true and correct copy of the foregoing document described as **_DEBTOR'S RESPONSE TO COMPLAINT BY FIRST REGIONAL BANK CFBO JON R. STEELE, IRA FOR DAMAGES ARISING FROM FRAUD AND TO DETERMINE DISCHARGEABILITY OF DEBT_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_Fill in Date Document is Filed,_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_August 20, 2010,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 20, 2010 | Rakim Lester | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**ROBIN D. BREANDA**
**Bankruptcy Case No. 6:10-bk-20138-MJ**
**Adv. No.: 6:10-ap-01450-MJ**


United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Helen Frazer, Trustee
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA  90703

Honorable Victoria S Kaufman
255 E. Temple Street
Los Angeles, CA  90012

Michael J. Gilligan, Esq.
Fidelity National Law Group
17911 Von Karman Avenue, Suite 300
Irvine, CA 92614

Frank G. King, Esq.
2255 Miramonte Circle West, Unit B
Palm Springs, CA 92264