G. Thomas Leonard (SBN: 101020)
Attorney At Law
1235 N. Harbor Blvd., Ste. 115
Fullerton, California 92832
Telephone: (714) 680-4725
Facsimile: (714) 879-2836
gthomasleonard@gmail.com

Attorney for Debtor, First American Title Insurance Company

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ROBIN D. BREANDA,<br><br>                Debtor.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, INC.<br><br>                Plaintiff,<br><br>v.<br><br>ROBIN D. BREANDA,<br><br>                Defendant. | Case No. 6:10-bk-20138-MJ<br>Adv. No.: 6:10-ap-01449-MJ<br>Chapter 7<br><br>**MOTION TO APPROVE STIPULATION FOR JUDGMENT ON PLAINTIFF'S COMPLAINT AND FOR DISMISSAL WITH PREJUDICE OF ALL 11 U.S.C. § 727 CLAIMS FOR RELIEF AND; FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT FOR $160,000.00 AND; FOR DETERMINATION THAT SAID JUDGMENT IS NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. §523(a)(2) AND; DISMISS PLAINTIFF'S 11 U.S.C. §727 CLAIM**<br><br>**Motion:**<br>Date:   March 10, 2011<br>Time:  11:00 a.m.<br>Ctrm:  301<br><br>**Continued Status Conference:**<br>Date:   March 10, 2011<br>Time:  11:00 a.m.<br>Ctrm:  301 |

1

**TO THE HONORABLE MEREDITH JURY, UNITED STATES BANKRUPTCY JUDGE; ROBIN D. BREANDA, DEBTOR, HELEN R. FRAZER, CHAPTER 7 TRUSTEE; OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES; AND ALL CREDITORS OF THE ESTATE:**

Plaintiff herein First American Title Insurance company hereby moves the court for an Order approving the Stipulation to Enter Judgment, to Enter Judgment in favor of the Plaintiff and against the debtor for $160,000.00, for a determination that said judgment amount is non-dischargeable pursuant to 11 U.S.C. §523(a)(2) and to Dismiss Plaintiff's 11 U.S.C. §727 Claim. In support thereof, the Plaintiff, First American Title Insurance Company submits the following:

## I.
## STATEMENT OF FACTS

1. On 04-06-10, the Debtor, Robin D. Breanda filed a petition for relief under Chapter 7 of Title 11 of the United States code, Commencing the above referenced Chapter 7 case,

2. On 07-16-10, Plaintiffs Allen Scott Ventura and Nancy Horne Ventura, as Trustees of the Ventura Family Trust, and Richard a. Owens, as Trustee of the Richard A. Owen Trust filed their Complaint to Determine Dischargeability of Debt under §523 of the United States Bankruptcy Code and Objection to the debtor's discharge under §727 of the United Bankruptcy Code; Adversary Complaint No. 6:10-ap-01449-MJ.

[11 U.S.C. §523(a)(2)(A);
11 U.S.C. §523(a)(2)(B);
11 U.S.C. §727(a)(3);
11 U.S.C. §727(a)(4)(A);
11 U.S.C. §727(a)(5)]

3. On 08-20-10, the Defendant, Robin D. Breanda filed her Answer.

4. On 10-14-10, an Order was entered Substituting First American Title Insurance Company in place of Plaintiffs Allen Scott Ventura and Nancy Horne Ventura, as Trustees of the Ventura Family Trust and Richard A. Owens Trust and permitting First American Title

Insurance Company to file a First Amended Complaint and continue the pending action.

6. Plaintiffs First Amended Complaint was apparently actually filed on 10-13-10.

7. On 01-20-11, an Order that the Answer filed by the Defendant, Robin D. Breanda, to Plaintiff's Complaint filed 08-20-10 be deemed an Answer to Plaintiff's First Amended Complaint filed on 10-12-10.[1]

8. Plaintiff, First American Title Insurance Company and Defendant, Robin D. Breanda have now entered into a settlement which provides as follows:

   1. Plaintiff shall have Judgment against Defendant for $160,000.00

   2. Said Judgment is non-dischargeable pursuant to 11 U.S.C. §523(a)(2).

   3. Plaintiff's §727 claims shall be dismissed.

   4. A copy of said Settlement Agreement is attached hereto marked as Exhibit "A".

9. The settlement agreed to by Plaintiff and Defendant resolves all the issues presented in this adversary proceeding.

## II.

## ARGUMENT
(The 11 U.S.C. §523 claims)

The stipulation is proper pursuant to LBR 9071-1(a)(2).

LBR 9071-1 STIPULATION states:

(a) General.

   (1) <u>Oral Stipulation</u>. An oral stipulation will be enforceable by the court if made and approved in open court.

   (2) <u>Written Stipulation</u>. A written stipulation entered into pursuant to these rules must be filed with the court, but will not be effective until a separate order thereon is entered.

   (3) <u>Order on Stipulation</u>. An order on a stipulation must be prepared and lodged in accordance with LBR 9021-1(b)(2).

---

[1] This was a typographical error. First Amended Complaint was filed on 10-13-10.

The parties have entered into a written stipulation which resolves all the issues raised in the Plaintiff's Complaint.

### III.
### ARGUMENT
(The 11 U.S.C. §727 claims)

**Rule 7041. Dismissal of Adversary Proceedings.**

Rule 41 F.R.Civ.P. applies in adversary proceedings, except that a compliant objecting to the debtor's discharge shall not be dismissed at the plaintiff's instance without notice to the trustee, the united States Trustee, and such other persons as the court may direct, and only on order of the court containing terms and conditions which the court deems proper.

The Plaintiff will provide notice to the Chapter 7 Trustee, Helen Frazer, the United States Trustee and all creditors.

WHEREFORE, Plaintiff prays that the Court order as follows:

(1)  That the settlement entered into between the Plaintiff and Defendant be approved;

(2)  That a Judgment against the debtor and in favor of Plaintiff for $160,000.00 be entered;

(3)  That said judgment for $160,000.00 be deemed a non-dischargeable judgment pursuant to 11 U.S.C. §523(a)(2),

(4)  That the Plaintiff's §727 claims be dismissed.

Dated: 2-15-11

Respectfully submitted,

G. Thomas Leonard, Esq.
Attorney for First American Title Insurance, Co.

1  G. Thomas Leonard (SBN: 101020)
   Attorney At Law
2  1235 N. Harbor Blvd., Ste. 115
   Fullerton, California 92832
3  Telephone: (714)680-4725
   Facsimile:  (714)879-2836
4  gthomasleonard@gmail.com
5
6  Attorney for First American Title Insurance Company
7
8                   UNITED STATES BANKRUPTCY COURT
9          CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION
10

| | |
|---|---|
| In re<br>　　ROBIN D. BREANDA,<br>　　　　　　　　Debtor, | Case No. 6:10-bk-20138-MJ<br>Adv. No. 6:10-ap-01449-MJ<br>Chapter 7 |
| FIRST AMERICAN TITLE INSURANCE COMPANY<br>　　　　　　　　Plaintiff,<br>v.<br>ROBIN D. BREANDA<br>　　　　　　　　Defendant. | **STIPULATION FOR JUDGMENT ON PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGE AND FOR DISMISSAL WITH PREJUDICE OF ALL 11 U.S.C. §727 CLAIMS FOR RELIEF**<br><br><u>Continued Status Conference:</u><br>Date: March 10, 2011<br>Time: 11:00 a.m.<br>Ctrm: 301 |

   The Parties, Robin D. Breanda, the Debtor/Defendant and First American Title Insurance Company (hereinafter referred to as "First American"), the Plaintiff/Creditor hereby stipulate as follows:

   WHEREAS, the Debtor, Robin D. Breanda filed a Chapter 7 Bankruptcy on April 6, 2010, Case No. 6:10-bk-20138-MJ.

1

EXHIBIT. A

WHEREAS, the Debtor listed debts owed to Allen Scott Ventura and Nancy Horne Ventura, as trustees of the Ventura Family Trust, and Richard A. Owens, as trustee of the Richard A. Owens Trust.

WHEREAS, on July 10, 2010, Plaintiffs Allen Scott Ventura and Nancy Horne Ventura, as trustee of the Ventura Trust, and Richard Owens, as trustee of the Owens Trust filed their adversary proceeding against the Defendant, Robin D. Breanda to determine the non-dischargeability of their claims pursuant to 11 U.S.C. §523 of the United States Bankruptcy Code and for Denial of the Debtor's Discharge pursuant to 11 U.S.C. §727.

WHEREAS, on or about August 20, 2010, the Defendant filed her Answer to the Adversary Complaint.

WHEREAS, on or about August 26, 2010, First American Title paid the Ventura Trust the sum of $80,000.00 and the Owens Trust the sum of $80,000.00. First American received an Assignment of Rights and Cooperation Agreement from Allen Scott Ventura, Nancy Horne Ventura and Richard Owens.

WHEREAS, First American now holds a claim against the Defendant, Robin D. Breanda for a total of $160,000.00.

WHEREAS, on or about October 13, 2010, First American filed a Motion to Substitute Transferee as Plaintiff and to Amend Complaint and to Continue Pending Action by Transferee pursuant to Federal Rules of Bankruptcy Procedure §7025.

WHEREAS, on or about November 17, 2010 the court entered an Order Granting the Motion to Substitute Transferee and Amend the Complaint. First American is now the Plaintiff in this action.

**Based upon the above, it is hereby stipulated by and between the parties that;**

(1)  Plaintiff shall have a judgment against the Defendant, Robin D. Breanda in the sum of $160,000.00 and Defendant, Robin D. Breanda hereby stipulates that Judgment be entered in favor of Plaintiff and against her in the sum of $160,000.00.

(2)  Said judgment for $160,000.00 shall be non-dischargeable pursuant to 11 U.S.C. §523(a)(2);

(3)  All of Plaintiff's claims for relief under 11 U.S.C. §727 shall be dismissed;

(4)  It is further stipulated that First American shall not enforce or execute on said Judgment and said Judgment shall not accrue interest subject to the following:

    (a)  Defendant, Robin D. Breanda shall make payments of $2,000.00 per month on or before the 1st day of each month beginning the second month after Judgment is entered.

    (b)  If payment is not made on or before the 1st of each month, then Plaintiff shall notify Defendant of such default by First Class Mail. If said default is not cured within 10 days of the notice of default being sent, then there is an uncured default and Plaintiff shall be entitled to enforce or execute on the Judgment and the Judgment shall bear interest at 10% per annum.

    (c)  If the Defendant is in default and cures two times, there is no right to cure a 3rd default. Upon a 3rd default, Plaintiff may enforce or execute on the judgment without further notice to the Defendant and the unpaid balance of the judgment shall bear interest at 10% per annum.

    (d)  All payments and/or notices by Defendant to Plaintiff shall be sent First Class Mail to:

First American Title Insurance Company
c/o Glen Jackson/Claim #1009007406
2 First American Way
Santa Ana, CA 92707

3

(e) All notices to Defendant, by Plaintiff, shall be sent to Defendant by First Class Mail to:

Robin D. Breanda
77320 Florida Avenue
Palm Desert, CA 92211

(f) In the event either party desires to change their address, written notice must be provided to the opposing party 30 days prior to the effective date.

5. This Stipulation for Entry of Judgment and Settlement Agreement does not constitute an admission of liability, or non-liability, as the case may be. This Stipulation and Settlement Agreement is entered into by each of the parties to resolve a disputed claim and to avoid the incurrence of additional costs and attorneys' fees.

6. That the $160,000.00 Judgment set forth above in paragraph (2) is the sole responsibility of Robin D. Breanda, is general unsecured non-dischargeable claim and is no longer secured by real property located at 77295 Florida Avenue, Palm Desert, CA 92211.

7. That both Plaintiff and Defendant shall bear their own costs and attorney's fees incurred in prosecuting or defending this matter.

8. Plaintiff, First American Title shall file a Motion to (a) approve this Stipulation, (b) enter Judgment against Defendant and in favor of Plaintiff for $160,000.00, (c) and for a determination that the Judgment in favor of Plaintiff for $160,000.00 is a non-dischargeable debt pursuant to 11 U.S.C. §523(a)(2), and (d) dismiss Plaintiff's 11 U.S.C. §727 claim.

Dated: 2-14-11

G. Thomas Leonard, Esq.
Attorney for First American
Title Insurance Company

Dated: January 30, 2011

Robin D. Breanda, In Pro Per

4

| re: | First American Title Insurance Company, Inc. | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:10-bk-20138-MJ<br>ADV. NUMBER: 6:10-ap-01449-MJ |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1235 N. Harbor Boulevard, Suite 115, Fullerton, CA 92832

The foregoing document described **MOTION TO APPROVE STIPULATION FOR JUDGMENT ON PLAINTIFF'S COMPLAINT AND FOR DISMISSAL WITH PREJUDICE OF ALL 11 U.S.C. § 727 CLAIMS FOR RELIEF AND; FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT FOR $160,000.00 AND; FOR DETERMINATION THAT SAID JUDGMENT IS NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. §523(a)(2) AND; DISMISS PLAINTIFF'S 11 U.S.C. §727 CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/15/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Helen R. Frazer (TR)    hfrazer@aalrr.com, mbuenaventura@aalrr.com;hfrazer@ecf.epiqsystems.com
- George Thomas Leonard    gthomasleonard@gmail.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ 02/15/11 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Robin D Breanda, 77320 Florida Avenue, Palm Desert, CA 92211
Hon. Meredith Jury, 3420 Twelfth Street, Ctrm 301, Riverside, CA 92501
☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/15/11 | Jacqueline Winkler | /s/ Jacqueline Winkler |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                            **F 9013-3.1**

5